June 5, 1984.

478 A.2d 67

Lassoff, Appellant, v. Allstate Ins. Co.

Argued May 8, 1984. Allen L. Feingold, for appellant; James M. Marsh, for appellee.

Before WICKERSHAM, WIEAND and LIPEZ, JJ.

Order affirmed.

June 7, 1984.

478 A.2d 67

Commonwealth v. Fleeher, Appellant.

Petition for Allowance of Appeal
Denied Nov. 12, 1984.

Argued May 15, 1984. John A. Bacharach, for appellant; John C. Pettit, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, POPOVICH and HESTER, JJ.

Judgment of sentence affirmed.